No. 84–663. MINNIS v. UNITED STATES DEPARTMENT OF AGRICULTURE ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 84–894. ILLINOIS v. FOGEL. App. Ct. Ill., 1st Dist. Certiorari denied. ▮

No. 84–1028. NEWS PUBLISHING CO., DBA ROME NEWS TRIBUNE v. DEBERRY. Ct. App. Ga. Certiorari denied. ▮

No. 84–1036. MATERIA v. SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied. ▮

No. 84–1039. OLSON v. LEEKE, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied. ▮

No. 84–1063. FOSTER ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied. ▮

No. 84–1068. STUBBS, ADMINISTRATRIX OF THE ESTATE OF STUBBS v. UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮

No. 84–1083. WEST, AS MOTHER AND ADMINISTRATRIX OF THE ESTATE OF WEST, ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. ▮

No. 84–1112. FLEET FINANCE, FKA SOUTHERN DISCOUNT v. MOYER ET AL. C. A. 11th Cir. Certiorari denied. ▮

No. 84–1116. LOUISIANA v. JACKSON. Sup. Ct. La. Certiorari denied. ▮

No. 84–1216. ADKINS ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 84–1317. ACKERMAN, SHERIFF OF BONNEVILLE COUNTY, ET AL. v. GILES. C. A. 9th Cir. Certiorari denied. ▮